UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☑ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Jackson**<br>County and elsewhere | ☑ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name: James Spick
Alias Name:
Birthdate: 04/30/1965

**Related Case Information**
Superseding Indictment/Information ☐ Yes ☑ No  if yes, original case number _____
New Defendant ☑ Yes ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA   Kathleen D. Mahoney

**Interpreter Needed**
☐ Yes   Language and/or dialect _____
☑ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required ☐ Yes ☐ No
Warrant Required ☑ Yes ☐ No

**U.S.C. Citations**
Total # of Counts   26

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:371.F/4992/4 | Conspiracy to Commit Interstate Transportation of Stolen Property | 1 |
| 2 | 18.2314.F/3600/4 | Interstate Transportation of Stolen Property) | 2-26 |
| 3 | 28:2461C.F/9923/4 | Forfeiture | |
| 4 | | | |

(May be continued on reverse)

Date 2/8/2022    Signature of AUSA   /s/ Kathleen D. Mahoney